**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| FRED J. DE LA COTERA, D.D.S., individually and as the representative of a class of similarly-situated persons,<br><br>Plaintiff,<br>v.<br><br>EASTERN PPE IMPORTS, LLC,<br><br>Defendant. | )<br>)<br>)<br>)  Civil Action No.   1:20-cv-05101<br>)<br>)  Hon. Elaine E. Bucklo<br>)<br>)<br>)<br>) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i), Plaintiff, FRED J. DE LA COTERA, D.D.S., through his undersigned attorneys, hereby dismisses this action without prejudice.

Respectfully submitted,

FRED J. DE LA COTERA, D.D.S.

By:  /s/ Ryan M. Kelly
    Ryan M. Kelly

ANDERSON + WANCA
3701 Algonquin Rd., Ste. 500
Rolling Meadows. IL 60008
Telephone:  847-368-1500
Fax: 847-368-1501
rkelly@andersonwanca.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on April 5, 2021, I electronically filed the foregoing Joint Stipulation of Dismissal with the Clerk of the Court using the CM/ECF system which will send notification of such filings to all counsel of record.

                                                                         /s/Ryan M. Kelly